IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **Audrey Jones**, **Nicholas Jones**, **Greg Schrock**, and **Marianelly Schrock**,<br><br>*Plaintiffs,*<br><br>v.<br><br>**Kiame Mahaniah**, Secretary of the Massachusetts Department of Health and Human Services, in his official capacity;<br>**Staverne Miller**, Commissioner of the Massachusetts Department of Children and Families, in her official capacity;<br>**Lori-Ann Dibella**, Manager of the Northern Regional Licensing Unit of the Massachusetts Department of Children and Families, in her official capacity; and<br>**Sarah Petty**, Supervisor of the Northern Regional Licensing Unit of the Massachusetts Department of Children and Families, in her official capacity;<br><br>*Defendants.* | Case No.: 1:25-cv-12449 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## JOHANNES WIDMALM-DELPHONSE, HENRY W. FRAMPTON, IV,
## MALLORY SLEIGHT, ANDREW NUSSBAUM, AND JAMES COMPTON
## (WITH DECLARATIONS)

Pursuant to Local Rule 83.5.3, the undersigned moves this Court for an order permitting Johannes Widmalm-Delphonse, Henry W. Frampton, IV, Mallory Sleight, Andrew Nussbaum, and James Compton to appear and participate *pro hac vice* in this action on behalf of Plaintiffs Audrey Jones, Nicholas Jones, Greg Schrock, and Marianelly Schrock.

Johannes Widmalm-Delphonse and Mallory Sleight are attorneys with Alliance Defending Freedom, 44180 Riverside Pkwy, Lansdowne, Virginia 20176, telephone (571) 707-4655. Johannes Widmalm-Delphonse's email address is jwidmalmdelphonse@adflegal.org. Mallory Sleight's email address is msleight@adflegal.org. Henty W. Frampton, IV, is also an attorney with Alliance Defending Freedom, 15100 N 90th Street, Scottsdale, Arizona 85260, telephone (480) 444-0020, email hframpton@adflegal.org. Johannes Widmalm-Delphonse, Mallory Sleight, and Henry W. Frampton, IV, specialize in First Amendment litigation.

Andrew Nussbaum is an attorney with First & Fourteenth PLLC, 2 N. Cascade Ave., Suite 1430, Colorado Springs, CO 80903, telephone (719) 428-2386, email andrew@first-fourteenth.com. James Compton is also an attorney with First & Fourteenth PLLC, 800 Connecticut Ave. NW, Suite 300, Washington, D.C. 20006, telephone (202) 998-7975, email james@first-fourteenth.com.

Johannes Widmalm-Delphonse is a member in good standing of the Bar of the State of Virginia (Bar Registration Number 96040) and every other state in which he has been admitted to practice. Furthermore, he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Johannes Widmalm-Delphonse does not appear on any list of attorneys disqualified to appear in the aforementioned courts or any other courts of record. Neither is he the subject of any pending disciplinary proceedings nor has he ever been disciplined by any state bar or disciplinary committee.

Henry W. Frampton, IV, is a member in good standing of the Bar of the State of South Carolina (Bar Registration Number 75314) and every other state in which he has been admitted to practice. Furthermore, he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Henry W. Frampton, IV, does not appear on any list of attorneys disqualified to appear in the aforementioned courts or any other courts of record. Neither is he the subject of any pending disciplinary proceedings nor has he ever been disciplined by any state bar or disciplinary committee.

Mallory Sleight is a member in good standing of the Bar of the State of Nebraska (Bar Registration Number 27129) and every other state in which she has been admitted to practice. Furthermore, she is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Mallory Sleight does not appear on any list of attorneys disqualified to appear in the aforementioned courts or any other courts of record. Neither is she the subject of any pending disciplinary proceedings nor has she ever been disciplined by any state bar or disciplinary committee.

Andrew Nussbaum is a member in good standing of the Bar of the State of Colorado (Bar Registration Number 50391) and every other state in which he has been admitted to practice. Furthermore, he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Andrew Nussbaum does not appear on any list of attorneys disqualified to appear in the aforementioned courts or any other courts of record. Neither is he the subject of any

pending disciplinary proceedings nor has he ever been disciplined by any state bar or disciplinary committee.

James Compton is a member in good standing of the Bar of the State of Maryland (Bar Registration Number 2011040002) and the Bar of the District of Columbia (Bar Registration Number 90002553) and every other state in which he has been admitted to practice. Furthermore, he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. James does not appear on any list of attorneys disqualified to appear in the aforementioned courts or any other courts of record. Neither is he the subject of any pending disciplinary proceedings nor has he ever been disciplined by any state bar or disciplinary committee.

Accordingly, it is respectfully requested that Johannes Widmalm-Delphonse, Henry W. Frampton, IV, Mallory Sleight, Andrew Nussbaum, and James Compton be admitted *pro hac vice* to appear as counsel on behalf of Plaintiffs Audrey Jones, Nicholas Jones, Greg Schrock, and Marianelly Schrock in this matter. Respectfully submitted this 3rd day of September, 2025.

>  */s/ Sam Whiting*
>  Sam Whiting
>  MA Bar No. 711930
>  **Massachusetts Liberty Legal Center**
>  P.O. Box 2616
>  Acton, MA 01720
>  Telephone: (774) 462-7043
>  sam@malibertylegal.org
>  *Counsel for Plaintiff*

## DECLARATION OF JOHANNES WIDMALM-DELPHONSE
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to 28 U.S.C. § 1746, I, Johannes Widmalm-Delphonse, declare that

1. My name, office address, and telephone number are as follows:

   Johannes Widmalm-Delphonse
   Alliance Defending Freedom
   44180 Riverside Parkway
   Lansdowne, Virginia 20176
   Telephone: (571) 707-4655

2. I have been admitted to the Virginia State Bar.

3. I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice.

4. I certify that I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

5. I certify that I have not previously had a *pro hac vice* admission to this court revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of September, 2025.

                                            */s/ Johannes Widmalm-Delphonse*
                                            Johannes Widmalm-Delphonse

# DECLARATION OF HENRY W. FRAMPTON, IV
# IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to 28 U.S.C. § 1746, I, Henry W. Frampton, IV, declare that

1. My name, office address, and telephone number are as follows:

    Henry W. Frampton, IV
    Alliance Defending Freedom
    15100 N 90th Street,
    Scottsdale, Arizona 85260
    Telephone: (480) 444-0020

2. I have been admitted to the South Carolina State Bar.

3. I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice.

4. I certify that I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

5. I certify that I have not previously had a *pro hac vice* admission to this court revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of September, 2025.

                                            */s/ Henry W. Frampton, IV*
                                                Henry W. Frampton, IV

## DECLARATION OF MALLORY SLEIGHT
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to 28 U.S.C. § 1746, I, Mallory Sleight, declare that

1. My name, office address, and telephone number are as follows:

   Mallory Sleight
   Alliance Defending Freedom
   44180 Riverside Parkway
   Lansdowne, Virginia 20176
   Telephone: (571) 707-4655

2. I have been admitted to the Nebraska State Bar.

3. I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice.

4. I certify that I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

5. I certify that I have not previously had a *pro hac vice* admission to this court revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of September, 2025.

                                              */s/ Mallory Sleight*
                                              Mallory Sleight

## DECLARATION OF ANDREW NUSSBAUM
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to 28 U.S.C. § 1746, I, Andrew Nussbaum, declare that

1. My name, office address, and telephone number are as follows:

   Andrew Nussbaum
   First & Fourteenth PLLC
   2 N. Cascade Ave.
   Suite 1430
   Colorado Springs, CO 80903
   Telephone: (719) 428-2386

2. I have been admitted to the Colorado State Bar.

3. I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice.

4. I certify that I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

5. I certify that I have not previously had a *pro hac vice* admission to this court revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of September, 2025.

                              */s/ Andrew Nussbaum*
                              Andrew Nussbaum

# DECLARATION OF JAMES COMPTON
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to 28 U.S.C. § 1746, I, James Compton, declare that

1. My name, office address, and telephone number are as follows:

    James Compton
    First & Fourteenth PLLC
    800 Connecticut Ave. NW
    Suite 300
    Washington, D.C. 20006
    Telephone: (202) 998-7975

2. I have been admitted to the Maryland State Bar and the Bar of the District of Columbia.

3. I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice.

4. I certify that I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

5. I certify that I have not previously had a *pro hac vice* admission to this court revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of September, 2025.

                                                   */s/ James Compton*
                                                   James Compton

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, I electronically filed the foregoing using the CM/ECF system, and I will serve a copy of this Motion, along with the Verified Complaint and Exhibits, on the Massachusetts Office of the Attorney General and the named Defendants.

Dated September 3, 2025.

                                          */s/ Sam Whiting*
                                          Sam Whiting
                                          *Counsel for Plaintiff*