IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Audrey Jones**, **Nicholas Jones**, **Greg Schrock**, and **Marianelly Schrock**, <br>    *Plaintiffs,* <br><br>  v. <br><br> **Kiame Mahaniah**, Secretary of the Massachusetts Department of Health and Human Services, in his official capacity; <br> **Staverne Miller**, Commissioner of the Massachusetts Department of Children and Families, in her official capacity; <br> **Lori-Ann Dibella**, Manager of the Northern Regional Licensing Unit of the Massachusetts Department of Children and Families, in her official capacity; and <br> **Sarah Petty**, Supervisor of the Northern Regional Licensing Unit of the Massachusetts Department of Children and Families, in her official capacity; <br>    *Defendants.* | Case No.: 1:25-cv-12449 |

## CERTIFICATION OF CASE RELATEDNESS

This case is related to the case titled *Burke et al. v. Walsh et al.*, case no. 3:23-cv-11798-MGM before the Honorable Mark G. Mastroianni, because it involves some of the same parties, substantially similar facts, and similar challenges to the same regulation.

First, these cases both challenge 110 CMR 7.104, a Massachusetts Department of Children and Families ("DCF") regulation that requires foster

parents and prospective adoptive parents to "affirm" a child's sexual orientation and gender identity.

Second, Plaintiffs in both cases are Christian couples who were or desire to become foster parents or adoptive parents. DCF excluded Plaintiffs in both cases because they could not agree to "affirm" a child's sexual orientation or gender identity.

Third, Plaintiffs in both cases bring the same or similar causes of action, including claims that the challenged regulation infringes on their First Amendment rights to free speech and religious exercise by forcing them to violate their sincerely held religious beliefs about sexual orientation and gender identity.

Finally, both cases involve some of the same Defendants: Kaime Mahaniah, who is now Secretary of the Massachusetts Department of Health and Human Services (in place of Kate Walsh), and Staverne Miller, who is now Commissioner of the Massachusetts Department of Children and Families (in place of Linda Spears).

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, I electronically filed the foregoing using the CM/ECF system, and I will serve a copy on the Massachusetts Office of the Attorney General and the named Defendants.

Dated September 4, 2025.

*/s/ Sam Whiting*
Sam Whiting
*Counsel for Plaintiffs*